JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GILBERTO LANDEROS and DINAH REGNER, | Case No. 8:24-cv-00919-JDE |
|---|---|
| Plaintiffs, | ORDER OF DISMISSAL, SUBJECT TO THE CONSENT ORDER |
| v. | |
| POH TON CHENG and JYH CHANG CHENG, individually and as Trustees of the CHENG 1994 FAMILY TRUST; WAYNE YAU, individually and dba LANDMARK REALTY GROUP; and VU NGUYEN, | |
| Defendants. | |

The parties' request to dismiss this case (Dkt. 33) is GRANTED. The action is dismissed without prejudice, subject to the terms of the Consent Order (Dkt. 32).

DATED: March 17, 2025

_____
JOHN D. EARLY
U.S. MAGISTRATE JUDGE